No. 1 for the trial of issues of fact according to its old date of issue and without the necessity of a new note of issue." As so modified, the order should be affirmed, with $10 costs and disbursements to the respondent.

BOOCOCK, Respondent, v. BOWEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Julia B. Boocock against Abner T. Bowen, impleaded with others. R. I. Kelly, for appellant. W. H. Wadhams, for respondent. No opinion. So much of order as is appealed from affirmed, with $10 costs and disbursements. Order filed.

BOTFELD, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Moses Botfeld against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Order of the Municipal Court affirmed, without costs, because we are without power to reverse it. See Wendin v. Brooklyn Heights R. R. Co., 111 App. Div. 390, 97 N. Y. Supp. 1073.

BRADLEY, Appellant, v. KELDERHOUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Frederick A. Bradley against John Kelderhouse. No opinion. Judgment and order affirmed, with costs.

BRENNAN, Appellant, v. MARRONE et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Thomas Brennan against Michael Marrone and another. J. B. Mackie, for appellant. D. P. Hays, for respondents. No opinion. Order affirmed, with costs. Order filed.

BREWER v. BREWER. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by Edith A. N. Brewer against William S. Brewer. No opinion. Motion granted, with $10 costs. Order filed.

BREWSTER, Respondent, v. GOLDER, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Ulysses B. Brewster against Emma Golder, impleaded with others. R. R. Reed, for appellant. J. B. Boyle, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

In re BRIGGS AVE. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. November 13, 1908.) In the matter of the Briggs Avenue school site. No opinion. Motion granted. Settle order on notice.

BROCKPORT–HOLLEY WATER CO., Appellant, v. VILLAGE OF BROCKPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by the Brockport-Holley Water Company against the village of Brockport. No opinion. Order affirmed, with $10 costs and disbursements.

BROOME COUNTY AGRICULTURAL SOCIETY, Respondent, v. BROOME COUNTY JOCKEY CLUB, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by the Broome County Agricultural Society against the Broome County Jockey Club.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., not voting.

BROWN, Appellant, v. NELSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Henry S. Brown against Ingemon Nelson and another. No opinion. Judgment affirmed, with costs.

BROWNE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by William F. Browne, by guardian, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BRUEN et al., Respondents, v. FUECHSEL, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Albert Bruen and another against Charles H. Fuechsel. C. M. Elliott, for appellant. Mr. Butler, for respondents. No opinion. Order modified, by striking out the imposition of costs as a condition of opening default, and, as so modified, affirmed, without costs. Settle order on notice.

BUNOMA, Appellant, v. SCHLITZER, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Antonio Bunoma against Joseph H. Schlitzer. . No opinion. Judgment affirmed, with costs.

BURNS, Respondent, v. DEGNON–McLEAN CO., Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Denis Burns against the Degnon-McLean Company. J. F. Donnelly, for appellant. J. B. Mackie, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BUTTERICK PUB. CO. v. CHABOT. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by the Butterick Publishing Company against Theodore J. Chabot. No opinion. Motion denied, with $10 costs. Order filed.

BYRNE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by James F. Byrne, as administrator, against the New York Central